**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARIA CINTRON,

        Plaintiff,

vs.                                            CASE NO. 6:06-CV-1056-ORL-19UAM

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 20, filed November 27, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 20) is **ADOPTED and AFFIRMED.** The Petition for Attorney's Fees Under 42 U.S.C. §406(b)(Doc. No. 18, filed October 15, 2007) is **GRANTED,** and judgment is entered in favor of Bradley K. Boyd in the amount of **$1,236.25.** The Commissioner of Social Security is hereby directed to certify the amount of $1,236.25 for payment out of the amount of Plaintiff's past-due benefits, and shall directly pay such sum to Bradley K. Boyd.

Mr. Bradley K. Boyd shall refund to Plaintiff no later than thirty (30) days from the date of this Order the amount of **$685.17**, which represents the amount awarded pursuant to the Equal Access to Justice Act.

**DONE AND ORDERED** at Orlando, Florida, this __17th__ day of December, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record